CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JAN - 7 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER E. PRYOR,<br>　　Plaintiff, | ) Civil Action No. 7:14-cv-00596<br>)<br>) |
| v. | ) **MEMORANDUM OPINION**<br>) |
| MIDDLE RIVER REGIONAL<br>JAIL, et al.,<br>　　Defendants. | )<br>) By:　Hon. Jackson L. Kiser<br>)　　　Senior United States District Judge |

Christopher E. Pryor, a Virginia inmate proceeding pro se, filed a Complaint, pursuant to 42 U.S.C. § 1983, naming the Middle River Regional Jail ("Jail") and its doctor, Dr. Quinones, as defendants. This matter is before me for screening, pursuant to 28 U.S.C. § 1915A. After reviewing Plaintiff's submissions, I dismiss any claims against the Jail without prejudice.

I must dismiss claims alleged against the Jail because the Jail is not amenable to suit via § 1983. See West v. Atkins, 487 U.S. 42, 48 (1988) (recognizing a § 1983 claim must allege the violation of a federal right by a person acting under color of state law); Preval v. Reno, 57 F. Supp. 2d 307, 310 (E.D. Va. 1999) ("[T]he Piedmont Regional Jail is not a "person," and therefore not amenable to suit under 42 U.S.C. § 1983."), aff'd in part and rev'd in part, 203 F.3d 821 (4th Cir. 2000), reported in full-text format at 2000 U.S. App. LEXIS 465, at *3, 2000 WL 20591, at *1 ("The court also properly determined that the Piedmont Regional Jail is not a 'person' and is therefore not amenable to suit under § 1983[.]"). Accordingly, I dismiss any claims against the Jail without prejudice. Plaintiff's deliberate indifference claim, as described in the Complaint and administrative grievances (ECF No. 2), against Dr. Quinones remains pending before the court.

ENTER: This 7th day of January, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge