CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JAN -7 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER E. PRYOR, ) | Civil Action No. 7:14-cv-00596 |
|    Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MIDDLE RIVER REGIONAL ) | |
| JAIL, et al., ) | By: Hon. Jackson L. Kiser |
|    Defendants. ) |      Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that any claims against the Middle River Regional Jail are **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This ___ day of January, 2015.

                              /s/ Jackson L. Kiser
                              Senior United States District Judge