CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 30 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER E. PRYOR,<br>    Plaintiff, | Civil Action No. 7:14-cv-00596 |
| v. | ORDER |
| MIDDLE RIVER REGIONAL<br>JAIL, et al.,<br>    Defendants. | By:  Hon. Jackson L. Kiser<br>    Senior United States District Judge |

Christopher E. Pryor, a Virginia inmate proceeding pro se, filed a Complaint, pursuant to 42 U.S.C. § 1983, naming the Middle River Regional Jail and its doctor, Dr. Quinones, as defendants. After I terminated the Middle River Regional Jail as a defendant, the United States Marshal Service ("USMS") was ordered to accomplish service upon Dr. Quinones. During the interim, Plaintiff filed a motion for a preliminary injunction, alleging that he was in danger of dying due to Dr. Quinones' decision to stop issuing Plaintiff's anti-seizure medication.

Finding it necessary to do so, it is hereby **ORDERED** that the Superintendent of the Middle River Regional Jail is **JOINED** to this action and shall respond to Plaintiff's motion for a preliminary injunction within five days of this Order's entry. The Clerk **SHALL** send the Superintendent a copy of the Complaint and the motion for a preliminary injunction, along with waivers of service, by mail and fax.

ENTER: This 30th day of April, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge