CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 04 2015

JULIA C. DUDLEY, CLERK
BY: /s/ H. McOneco
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER E. PRYOR, <br>     Plaintiff, | Civil Action No. 7:14-cv-00596 |
| v. | **ORDER** |
| MIDDLE RIVER REGIONAL <br> JAIL, <u>et al.</u>, <br>     Defendants. | By:    Hon. Jackson L. Kiser <br>         Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** due to Plaintiff's failure to prosecute, pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED** without prejudice as moot; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 4th day of August, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge